NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
NATHAN SEVERSON, ESQ.
Nevada Bar No.: 009686
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorneys for Defendants
Western United Insurance Company
d/b/a AAA Nevada Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CHRIS C. TAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN UNITED INSURANCE COMPANY d/b/a AAA NEVADA INSURANCE COMPANY; DOES 1 through 5; and ROE CORPORATIONS 1 through 5,<br><br>Defendants | Case No.: 2:10-cv-01029-JCM-LRL |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, CHRIS C. TAN, through her attorney of record, Brian E. Lunt, Esq., of Aaron & Paternoster, Ltd, and Defendant, WESTERN UNITED INSURANCE COMPANY d/b/a AAA NEVADA INSURANCE COMPANY, by and through its attorneys of record, George M. Ranalli, Esq., of the law firm Ranalli & Zaniel, and Nathan R. Reinmiller, Esq., of the law firm Alverson, Taylor, Mortensen & Sanders, that this matter be dismissed with prejudice as to all parties, each party to

1

NRR-18718

bear their own costs and attorney's fees.

Dated this 24th day of October, 2011.         Dated this 24th day of October, 2011.

AARON & PATERNOSTER, LTD                     ALVERSON, TAYLOR, MORTENSEN & SANDERS

/s/Brian E. Lunt
GLENN A. PATERNOSTER, ESQ.                   NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 005452                       Nevada Bar No.: 006793
BRIAN E. LUNT, ESQ.                          NATHAN D. SEVERSON, ESQ.
Nevada Bar No.: 011189                       Nevada Bar No.: 009686
2300 W. Sahara Avenue, Suite 650             7401 W. Charleston Boulevard
Las Vegas, NV 89102                          Las Vegas, NV 89117

Dated this 24th day of October, 2011.

RANALLI & ZANIEL

/s/ Jason A. Fowler
GEORGE RANALLI, ESQ.
Nevada Bar No.: 005748
JASON A. FOWLER, ESQ.
Nevada Bar No.: 008071
2400 W. Horizon Ridge Pkwy.
Henderson, Nevada 89052

## ORDER

IT IS SO ORDERED that this matter be dismissed with prejudice as to all parties, each party to bear their own costs and attorney's fees

Dated this 27th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

2

NRR-18718

## CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of ALVERSON, TAYLOR, MORTENSEN & SANDERS and that on the 24th day of October, 2011, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:** STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Glenn A. Paternoster, Esq.
Brian Lunt, Esq.
AARON & PATERNOSTER, LTD.
2300 W. Sahara Avenue, Suite 350
Las Vegas, Nevada 89102

George Ranalli, Esq.
Ranalli & Zaniel, LLC
2400 W. Horizon Ridge Pkwy.
Henderson, Nevada 89052

_____
An Employee of
ALVERSON, TAYLOR, MORTENSEN & SANDERS

O:\Old Z-Client\18718\Pleadings\18718SAO - dismissal.docx